IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TONY CAMPBELL,

    Plaintiff,                  No. CIV S-05-0778 FCD DAD P

    vs.

L.K. TURNER, et al.,

    Defendants.         ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. On May 23, 2005, the case was dismissed and judgment was entered accordingly. The case is closed.

        On June 13, 2005, the Clerk of the Court received from plaintiff a form petition for writ of habeas corpus along with an application to proceed in forma pauperis. The Clerk of the Court opened a new habeas action and assigned it case No. CIV S-05-1161 GEB KJM. It was subsequently determined that the documents should have been filed in this closed case due to the fact that plaintiff entered the case number of this action on the habeas petition and identified as respondents the defendants in this case.

        The court is unable to determine whether plaintiff intended to file a new case. Plaintiff will be required to explain his intentions.

1

1  IT IS HEREBY ORDERED that plaintiff shall file, within fifteen days after this
2  order is signed, a declaration in which he states whether he submitted his habeas petition and in
3  forma pauperis application for filing as a new case. If plaintiff intended to file his documents in
4  this closed case, plaintiff must explain his reasons for doing so.
5  DATED: June 27, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAd:13
camp0778.phc