IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TONY CAMPBELL,

     Plaintiff,                      No. CIV S-05-0778 FCD DAD P

     vs.

L.K. TURNER, et al.,

     Defendants.               <u>ORDER</u>

_____/

     On May 23, 2005, this civil rights action was closed. On June 13, 2005, plaintiff submitted a habeas petition and an application to proceed in forma pauperis. The documents were filed in this closed case due to the fact that plaintiff included the case number of this action on his petition. By order filed June 28, 2005, plaintiff was granted fifteen days to advise the court whether he intended to file a new case. The fifteen day period has expired, and plaintiff has not responded to the court's order in any way. The documents filed in this case on June 13, 2005, will be disregarded, and no orders will issue in response to subsequent documents improperly filed in this closed case. IT IS SO ORDERED.

DATED: July 26, 2005.

                                         /s/ Dale A. Drozd
                                         DALE A. DROZD
                                         UNITED STATES MAGISTRATE JUDGE

DAD:13
camp0778.58